Exhibit "A"

| Page 1 | Report Date: 07/07/2016 | Agency: DOVER PD | | Complaint: 50-16-022780 |
|---|---|---|---|---|

| Reported Date and Time THU 07/07/2016 1557 | Domestic Incident Report | Occurred: THU 07/07/2016 1557 |
|---|---|---|

Location:
428 N Dupont HWY dover Inn     DOVER, DE 19901
PARKING LOT

M.O. and Incident Overview:
Def was contacted during a traffic stop and found to be in possession of crack cocaine for sale in a Tier 1 quantity

| Grid 210-000 | Sector | County Kent | Domestic Related [X] Yes [ ] No | Gen Broadcast Sent? [ ] Yes [X] No | Gang Related? [ ] Yes [X] No | Gun Related? [ ] Yes [X] No | |
|---|---|---|---|---|---|---|---|

| Risk Assessment Done? [ ] Yes [ ] No [X] N/A | Any Children Present? [X] Yes [ ] No | Juvenile Residents [ ] Yes [X] No | Intimate Relationship [X] Yes [ ] No | Extended Reason for call |
|---|---|---|---|---|

| Active with Family Services? [ ] Yes [X] No | Caseworker Name | | Complainant in Other case? [ ] Yes [X] No | Agency |
|---|---|---|---|---|

| Victim Reported Prior Incident? [ ] Yes [X] No | Violent Activity? [ ] Yes [X] No | Was DFS Notified? [X] Yes [ ] No | DFS Caseworker Notified DONNA GREVE | Was a Dual Arrest Made? [ ] Yes [ ] No |
|---|---|---|---|---|

| Court Orders Active? [ ] Yes [X] No | Active Orders | Order Description |
|---|---|---|

| [X] Arrest Made | [ ] No Arrest Made | [ ] Suspect GOA | [ ] No Crime | [ ] Warrant Pending | [ ] Other |
|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name | | | | |
|---|---|---|---|---|---|
| Type Society/Public | Sex | Race | Ethnic Origin | Age | D.O.B. |
| Address | | Resident Status | Home Telephone | Cell Phone | |

| Reporting Person? [ ] Yes [X] No | Victim Injured? [ ] Yes [X] No | Victim Deceased? [ ] Yes [X] No | Officer Comments |
|---|---|---|---|

Injuries | Description of Injuries

| Victim Number 002 | Name PROBATION AND PAROLE - DOVER/D | | | | |
|---|---|---|---|---|---|
| Type Government | Sex | Race | Ethnic Origin | Age | D.O.B. |
| Address 511 Maple PKY Dover, DE 19901 | | Resident Status | Business Telephone | Cell Phone | |

| Reporting Person? [ ] Yes [X] No | Victim Injured? [ ] Yes [X] No | Victim Deceased? [ ] Yes [X] No | Officer Comments |
|---|---|---|---|

Injuries | Description of Injuries

| Victim Number 003 | Name WILLIAMS, CHARAYNE | | | | |
|---|---|---|---|---|---|
| Type Individual | Sex Female | Race Black | Ethnic Origin Non-Hispanic | Age 12 | D.O.B. 09/13/2003 |
| Address 531 Barley CT Smyrna, DE 19977 | | Resident Status Non Resident | Home Telephone | Cell Phone | |

| Reporting Person? [ ] Yes [X] No | Victim Injured? [ ] Yes [X] No | Victim Deceased? [ ] Yes [X] No | Officer Comments |
|---|---|---|---|

Injuries | Description of Injuries

| Parent/Guardian Information SHERRIE WATTS 531 Barley CT Smyrna, DE 19977 | Parent Telephone | Parent Cell Phone |
|---|---|---|

## Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number 00263978 | | | |
|---|---|---|---|---|---|

| Name SINGLETON, NORMAN E | | | | | | | | | Nick Name |
|---|---|---|---|---|---|---|---|---|---|

| Sex Male | Race Black | Ethnic Origin Non-Hispanic | Age 37 | D.O.B. 09/07/1978 | Height 5' 11" | Weight 190 | Skin Tone Medium Brown | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|

| Hair Color Black | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Non Resident | Unusual Characteristics | Armed With Unarmed |
|---|---|---|---|---|

| Address 531 Barley CT SMYRNA, DE 19977 | Home Telephone (302) 505-2239 | Cell Phone |
|---|---|---|

| Arrest Number 007396AWS | Arrest Type On View | Suspect's Clothing Description |
|---|---|---|

| Reporting Officer CPL BARRETT - 08211 7 | Supervisor Approval Randy R Robbins OJDVRRR Date 07/14/2016 1349 |
|---|---|

| Page: 2 | Report Date 07/07/2016 | Agency: DOVER PD | | Complaint 50-16-022780 |
|---|---|---|---|---|

| Sequence 001 Continued | Suspect/Defendant Information |
|---|---|

| Employer/School UNEMPLOYED | Work Telephone |
|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 002 | Statute DE:16:4753:0002:F:C | Crime Description Manufactures, delivers, or PWID a controlled substance w/ an aggravating factor |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 07/07/2016 | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 3556 – Cocaine/Possession with Intent to Deliver |
|---|---|

| Criminal Activity Possessing/Concealing | Criminal Activity Distributing/Selling |
|---|---|

| Victim Number 001 | Crime Seq 003 | Statute DE:16:4754:0003:F:D | Crime Description Possesses a controlled substance in a Tier 1 quantity and there is an aggravating factor |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 07/07/2016 | Involvement ☐ Alcohol ☒ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 3556 – Cocaine/Possession with Intent to Deliver |
|---|---|

| Criminal Activity Possessing/Concealing | Criminal Activity Distributing/Selling |
|---|---|

| Drugs | Property Category Drugs/Narcotics | Quantity 9.4 | Drug Measure Gram | Drug Type Crack Cocaine | Date Seized |
|---|---|---|---|---|---|

| Victim Number 001 | Crime Seq 005 | Statute DE:11:1257:000b:M:A | Crime Description Resisting Arrest |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 07/07/2016 | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 4801 – Resisting Arrest |
|---|---|

| Victim Number 001 | Crime Seq 006 | Statute DE:16:4771:000a:M:B | Crime Description Possession of Drug Paraphernalia Non-Marijuana Related |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 07/07/2016 | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 3598 – Possession of Drug Paraphernalia |
|---|---|

| Criminal Activity Possessing/Concealing | |
|---|---|

| Drugs | Property Category Drug/Narc Equipment | Quantity | Drug Measure | Drug Type | Date Seized |
|---|---|---|---|---|---|
| | Extended Description PLASTIC BAGGIES USED TO STORE CRACK COCAINE | | | | |

| Victim Number 002 | Crime Seq 001 | Statute | Crime Description Assist Other Agency |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Service Clear 07/07/2016 | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 8106 – Assist Other Police Agency |
|---|---|

| Victim Number 003 | Crime Seq 004 | Statute DE:11:1102:0a1a:M:A | Crime Description Endangering the Welfare of a Child Intentionally Knowingly Recklessly Act in Manner Likely to Injure |
|---|---|---|---|

| Location Of Offense Hwy/Rdwy/Alley/Street/Sidewalk | Status Adult Arrest 07/07/2016 | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code 3805 – Contributing to the Delinquency of a Minor/Endangering the Welfare of a Child |
|---|---|

## Victim - Suspect/Defendant Relationships

| Victim - 001 Society/Public | |
|---|---|
| Suspect/Defendant - 001 SINGLETON, NORMAN E | Victim Offender Relationship Victimless Crime |

| Victim - 002 PROBATION AND PAROLE - DOVER/D | |
|---|---|
| Suspect/Defendant - 001 SINGLETON, NORMAN E | Victim Offender Relationship Stranger |

| Reporting Officer CPL BARRETT - 08211 7 | Supervisor Approval Randy R Robbins  OJDVRRR  Date 07/14/2016 1349 |
|---|---|

| Page | Report Date | Agency | | Complaint |
|---|---|---|---|---|
| 3 | 07/07/2016 | DOVER PD | | 50-16-022780 |

## Victim - Suspect/Defendant Relationships (Cont'd)

Victim - 003
**WILLIAMS, CHARAYNE**

| Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|
| **SINGLETON, NORMAN E** | **Stepparent** |

## Witness Information

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 001 | Witness | **RANKIN, JACOB** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 400 S Queen ST<br>Dover Police Department<br>Dover, DE 19904 | (302) 736-7111 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 002 | Witness | **CUNNINGHAM, ROBERT** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 400 S Queen ST<br>Dover Police Department<br>Dover, DE 19904 | (302) 736-7111 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 003 | Witness | **STAGG, DAN** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 511 Maple PKY<br>State of delaware Probatio and<br>DOVER, DE 19901 | | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 004 | Witness | **GRIESINGER, TONY** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 461 N dupont HWY<br>DOVER, DE 19901 | (302) 399-4722 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 005 | Witness | **GRIESINGER, MICHAEL** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 461 N Dupont HWY<br>DOVER, DE 19901 | (302) 222-8193 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 006 | Witness | **JOHNSON, WILLIE** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 400 S Queen ST<br>Dover Police Department<br>Dover, DE 19904 | (302) 736-7111 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 007 | Witness | **RICHEY, JUSTIN** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 400 S Queen ST<br>Dover Police Department<br>Dover, DE 19904 | (302) 736-7111 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 008 | Witness | **JOHNSON, JAMES** | | Male | White | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 400 S Queen ST<br>Dover Police Department<br>Dover, DE 19904 | (302) 736-7111 | |

| Sequence | Type | Name | | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| 009 | Person Contacted | **WATTS, SHERRIE** | | Unknown | | | |

| Address | Home Telephone | Cell Phone |
|---|---|---|
| 531 Barley CT<br>Smyrna, DE 19977 | | |

## Investigative Narrative

On 07/07/2016 writer was contacted by a confidential source of information advising that a subject named Norm was coming to Dover with an amount of crack cocaine for sale. Through independent investigation writer was able to establish that Norm is the defendant, Norman Singleton b/m 09/07/1978. Senior Probation officer Dan Stagg is familiar with Singleton from prior drug investigations and knew that Singleton was on Probation and was being monitored with GPS ankle bracelet.


Stagg was monitoring the location of Singleton and saw that he was traveling from his residence in Smyrna towards Dover. Stagg and Cunningham were positioned at the Agriculture Museum at N. State St and N. Dupont hwy and observed Singleton operating a green Ford Freestar with Delaware registration PC145943. Rankin and writer were positioned at N. Dupont Hwy at Lepore Rd and also observed Singleton in the above vehicle. Writer pulled out after Singleton and initiated a stop in the parking lot of the Dover Inn located at 428 N. Dupont Hwy.

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL BARRETT   - 08211 7 | Randy R Robbins  OJDVRRR  Date 07/14/2016 1349 |

| Page: | Report Date: | Agency. | | Complaint: |
|---|---|---|---|---|
| 4 | 07/07/2016 | DOVER PD | | 50-16-022780 |

## Investigative Narrative – Continued

Writer made contact with Singleton who already had his Delaware drivers license out and provided it to writer.  Writer told Singleton that P.O. Stagg had observed him and wanted to speak with him about probation matters and Singleton stated ok.  Writer instructed Singleton to get out of the car and Singleton complied.  At this time Cunningham and Stagg did arrive and were approaching Singleton.  Writer instructed Singleton to go to the rear of his vehicle towards Stagg.  Singleton did go that way and as Stagg started to talk to him and reach towards Singleton Singleton put his arms up and then ran towards the highway.  Stagg, Cunningham and writer gave chase.  Writer did deploy my departmentally issued taser with darts to attempt to energize Singleton but only one dart hit him in the center of the back.  Singleton was able to pull the other dart/wire off of him and continue running.  Singleton made it across both lanes of traffic and into the the parking lot of US Gas, 461 N. Dupont Hwy at which time Ptlm. Cunningham did deploy his taser striking Singleton causing him to fall.  Singleton was knocked unconscious from the fall and writer immediately called for an ambulance for treatment.

Stagg did search Singleton and located 2 bags of suspected crack cocaine.  They were located in the right and front shorts pockets that Singleton was wearing.  Singleton had these shorts on under the pants he was wearing.  Singleton also had $69.00 usc in his pockets as well.

Rankin had taken the passenger of the vehicle into custody without incident,  Charayne Williams b/f dob is 09/13/2003.  She is Singletons step daughter.  Writer did attempt to make contact with her mother, Sherrie Watts but Watt's cell phone went straight to voice mail.  Writer did leave a message but then did make contact with Williams adult sister who did make contact with Watts.  Writer did inform Watts to come to the Dover Inn to get her daughter and she stated that she was on the way.

Singleton was transported to Kent General Hospital for treatment via ambulance.  Cunningham did ride with Singleton in the ambulance.

Writer did search Singleton's vehicle, the green Ford Freestar with Delaware registration PC145943 and located 3 cell phones which writer did take possession of.  An Alcatel one touch flip phone, Samsung flip phone and a ZTE smart phone.  Writer is going to obtain search warrants for these phones.  There was nothing else located in the vehicle.

Stagg did contact the Governors Task Force and informed them of the arrest of Singleton who is on active probation so they could do an administrative search of Singleton's residence in Smyrna.

Approximately 20 minutes after notifying Watts to come and get her daughter she called writer and informed me that she was now on the way because she had to find a ride.  Writer instructed her at this time to come to the Dover Police Department instead of staying at the Dover Inn.  She acknowledged the change of locations.  Writer instructed Rankin to transport Charayne Williams to the Police department.  Stagg did drive Singleton's Ford Freestar to Dover Pd.

At Dover Police writer began obtaining arrest warrants for Singleton.  Writer did weigh the suspected crack cocaine.  One bag weighed 5.4 grams and the other weighed 4 grams totaling 9.4 grams.  Pfc. Rankin did field test the suspected crack cocaine and it did field test positive as crack cocaine.

The crack cocaine was being stored in plastic bags.  It was broken up into smaller pieces which

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL BARRETT   - 08211 7 | Randy R Robbins  OJDVRRR  Date 07/14/2016 1349 |

| Page | Report Date | Agency | | Complaint |
|---|---|---|---|---|
| 6 | 07/07/2016 | DOVER PD | | 50-16-022780 |

## Investigative Narrative - Continued

he was being treated.


Singleton was discharged from KGH into police custody at approximately 2300 hours, brought to Dover Police for arrest processing and transported to Jp#7 where he was arraigned by Judge Hutchison. Singleton did receive a cash only bond on the new charges as well as the VOP on the probation and Hutchison did revoke Singleton's bond on pending drug charges as well. Singleton was transported to J.T.V.C.C. in default of the bond.


Writer did have Anderson, Dover Police evidence tech, pull the Data 911 SD card from writers patrol vehicle. Anderson did obtain the footage of the traffic stop showing Singleton running. This footage has been entered into Dover Police evidence storage by Anderson.


Writer did respond to US Gas on 07/08/2016 at 0950 hours to obtain the video.


At Us Gas writer did obtain a copy of the footage showing the end of the foot pursuit with Singleton. Writer also spoke with Mike and Tony Griesinger who did witness the foot pursuit. They advised that the saw Singleton running and get tasered. Singleton fell straight down hitting his face on the concrete and was never struck by anyone. Mike also stated that he saw the cop(P.O. Stagg) take cocaine and money out of Singleton's pockets.


Writer did contact the State of Delaware Division of Family services to inform them of Singleton's endangering the welfare of a child arrest. Writer contacted DFS worker Donna Greve.


On 07/13/2016  1300 hours writer did respond to Dover Inn and contacted Edina Hayes the General Manager. Writer was able to obtain a copy of the footage from 07/07/2016 showing the traffic stop and foot pursuit.


Necessary Police witnesses are:


Senior Probation Officer Dan StaggCpl. Justin Richey


Pfc. James Johnson


Pfc. Jacob Rankin


Ptlm. Robert Cunningham


Ptlm. Willie Johnson

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL BARRETT  - 08211 7 | Randy R Robbins  OJDVRRR Date 07/14/2016 1349 |

| Page: 7 | Report Date: 07/07/2016 | Agency: DOVER PD | | Complaint: 50-16-022780 |
|---|---|---|---|---|

| Reporting Officer | | | Supervisor Approval | | |
|---|---|---|---|---|---|
| CPL BARRETT   - 08211 7 | | | Randy R Robbins  OJDVRRR  Date 07/14/2016 1349 | | |
| Detective Notified | | Referred To | | | |
| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M. O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Identified | Status<br>**Closed** |

| Page | Report Date: | Agency: | | Complaint: |
|------|------|------|------|------|
| 1 | 07/26/2016 | DOVER PD | | 50-16-022780 |

## Supplemental Report

Original Occurrence Dates and Times:
**THU   07/07/2016   1557**

| Grid | Sector |
|------|------|
| 210-000 | |

Original Location:
**428  N N Dupont HWY dover Inn     DOVER, DE 19901**
PARKING LOT

### Original Victim Information

| Victim Number | Name |
|------|------|
| 001 | |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|------|------|------|------|------|------|
| Society/Public | | | | | |

| Address | | Resident Status | Home Telephone | Cell Phone |
|------|------|------|------|------|
| | | | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|------|------|------|------|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

### Original Suspect/Defendant Information

| Sequence | Type | SBI Number |
|------|------|------|
| 001 | Defendant | 00263978 |

| Name | | | | | | | Nick Name |
|------|------|------|------|------|------|------|------|
| SINGLETON, NORMAN E | | | | | | | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|------|------|------|------|------|------|------|------|------|
| Male | Black | Non-Hispanic | 37 | 09/07/1978 | 5' 11" | 190 | Medium Brown | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|------|------|------|------|------|------|------|------|
| Black | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|------|------|------|------|------|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Cell Phone |
|------|------|------|
| 531  Barley CT SMYRNA, DE 19977 | (302) 505-2239 | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|------|------|------|
| 007396AWS | On View | |

| Employer/School | Work Telephone |
|------|------|
| UNEMPLOYED | |

### Original Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|------|------|------|------|
| 001 | 002 | DE:16:4753:0002:F:C | Manufactures, delivers, or PWID a controlled substance w/ an aggravating factor |

| Location Of Offense | Status | Involvement | General Offense |
|------|------|------|------|
| Hwy/Rdwy/Alley/Street/Sidewalk | Adult Arrest 07/07/2016 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|------|------|
| ☐Yes ☒No - N/A | 3556 - Cocaine/Possession with Intent to Deliver |

| Criminal Activity | Criminal Activity |
|------|------|
| Possessing/Concealing | Distributing/Selling |

### Investigative Narrative

On 07/25/2016 writer applied for and was granted search warrants for all three cell phones that were in defendant Norman Singleton's possession at the time of his arrest.

Writer did remove the phones from Dover Police Evidence storage and transported them to the Delaware State Police High Tech Crimes Unit and turned the phones over to Detective Nancy Skubik for processing.

No further action taken.

Necessary police witness is Detective Nancy Skubik.

| Reporting Officer | Supervisor Approval |
|------|------|
| CPL BARRETT   - 082117 001 | Randy R Robbins OJDVRRR Date 07/26/2016 1233 |

| Solvability Factors | ☐Witness | ☐M. O. | ☐Trace Stolen Property | ☐Suspect Named | Status |
|------|------|------|------|------|------|
| | ☐Suspect Located | ☐Suspect Described | ☐Suspect Identified | ☐Suspect Vehicle Described | Closed |