WHITEFORD, TAYLOR & PRESTON LLC

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE  (302) 357-3254
DIRECT FAX  (302) 357-3274
DGriffith@wtplaw.com

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
MICHIGAN
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

October 9, 2018

The Honorable Maryellen Norieka, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

      Re:    Singleton, *et. al.* v. City of Dover, *et. al.*
             Case No.: 17-cv-00343-MN

Dear Judge Norieka:

      I write to express the parties' joint request to postpone the November 5, 2018 trial pending a determination of the Defendants' Motion for Summary Judgment (D.I. 23) ("the Motion"). The parties completed discovery in a timely fashion and are otherwise prepared for trial, but believe that a decision on the Motion (regardless of what that decision is) may help resolve the case without the necessity of a trial. Consequently, the parties believe that it would conserve both the parties' and the Court's resources and be more efficient to suspend all dates and deadlines pending a decision on the Motion.

      The parties are, of course, available at the Court's convenience if Your Honor has any questions or comments.

                                  Respectfully submitted,

                                  */s/ Daniel A. Griffith*

                                  Daniel A. Griffith
                                  Partner

DG:gda
cc: Brian Zeiger, Esquire